IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


CORY DENNIS,                                                                                                                                                **PETITIONER**

**V.**                                                                                **NO. 1:08CV0163-A-D**

**STATE OF MISSISSIPPI,**                                                       **RESPONDENT**


**FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice and this case is **CLOSED**.

**IT IS SO ORDERED.**

THIS the   22nd   day of July, 2008.


                                                 **/s/ Sharion Aycock**
                                                UNITED STATES DISTRICT JUDGE
                                                NORTHERN DISTRICT OF MISSISSIPPI